IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RON HARRIS, #230895, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv68-ID |
| | ) | (WO) |
| J. C. GILES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 20, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case, it is CONSIDERED and ORDERED that said Recommendation is hereby ADOPTED, APPROVED and AFFIRMED and that the above-styled cause is hereby DISMISSED without prejudice for failure of the plaintiff to prosecute this action and to comply with the orders of the court.

DONE this 13th day of March, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE